# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BISHNU RAUTH, et al.,

    Plaintiffs,

v.                                                  CV No. 18-994 WJ/CG

APPLIED MEDICO-LEGAL SOLUTIONS
RISK RETENTION GROUP, INC., et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Arbitrators' Motion to Stay Pending Ruling on Dispositive Motion to Dismiss Based on Immunity*, (Doc. 21), filed December 4, 2018 and the Court's *Order Granting in Part Defendants' Motion to Stay Discovery*, (Doc. 24) filed December 20, 2018. **IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 19), and the Telephonic Rule 16 Scheduling Conference set for January 15, 2019 at 2:30 p.m. are **VACATED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE